**2007–1819.   Louden v. A.W. Chesterton Co.**
Cuyahoga App. No. 90184.
PFEIFER and LANZINGER, JJ., dissent.

**2007–1821.   Louden v. A.W. Chesterton Co.**
Cuyahoga App. No. 90185.
PFEIFER and LANZINGER, JJ., dissent.

**2007–1839.   State ex rel. White v. Billings.**
Clermont App. No. CA2006–09–072, 2007-Ohio-4356. Discretionary appeal accepted; cause held for the decision in 2006–2187, *Hyle v. Porter*, Hamilton App. No. C–050768, 2006-Ohio-5454; and briefing schedule stayed.
O'CONNOR and CUPP, JJ., dissent.

**2007–1863.   Middleburg Hts. v. Quinones.**
Cuyahoga App. No. 88242, 2007-Ohio-3643.
PFEIFER, J., dissents.

**2007–1870.   Cheap Escape Co., Inc. v. Haddox, LLC.**
Franklin App. No. 06AP–1107, 2007-Ohio-4410. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. II.
PFEIFER and CUPP, JJ., dissent.

**2007–1887.   Dambolena v. Ohio Bur. of Workers' Comp.**
Cuyahoga App. No. 88881, 2007-Ohio-4435. Discretionary appeal accepted and cause held for the decision in 2006–1914, *Groch v. Gen. Motors Corp.*
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2007–1893.   In re J.Y.**
Hamilton App. Nos. C–060835 and C–060836, 2007-Ohio-4469. Discretionary appeal accepted; cause held for the decision in 2007–0595 and 2007–0651, *State v. Cabrales*, Hamilton App. No. C–050682, 2007-Ohio-857; and briefing schedule stayed.
PFEIFER, J., dissents.

**2007–2024.   Martin v. Design Constr. Servs., Inc.**
Summit App. No. 23422, 2007-Ohio-4805. Discretionary appeal accepted and cause consolidated with 2007–2023, *Martin v. Design Constr. Servs., Inc.*, Summit App. No. 23422, 2007-Ohio-4805.
O'DONNELL, J., dissents.

**2007–2150.   Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. Discretionary appeal accepted on Proposition of Law Nos. I and II and cause consolidated with 2007–2302, *Walburn v. Dunlap*, Vinton App. No. 06CA655, 2007-Ohio-5398.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. III.
PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2007–2317.   In re T.M.**
Madison App. Nos. CA2007–04–016 and CA2007–05–020, 2007-Ohio-5789.
CUPP, J., dissents.